O

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Plaintiff
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 7/10/2015

D. Vo
DEPUTY CLERK

FILED
CLERK, U.S. DISTRICT COURT

JUL 10 2015

CENTRAL DISTRICT OF CALIFORNIA
BY     D V          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICENTE RAMISCAL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BUREAU OF PRISONS,<br><br>　　　　Defendant. | Case No. CV 14-8489-ODW (RNB)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) the First Amended Complaint is dismissed without leave to amend; and (2) Judgment be entered dismissing this action with prejudice.

DATED: July 10, 2015

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE