I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Plaintiff (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 7/10/2015

D. Vo

DEPUTY CLERK

JS-6
Entered

FILED
CLERK, U.S. DISTRICT COURT
JUL 10 2015
CENTRAL DISTRICT OF CALIFORNIA
BY DV DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICENTE RAMISCAL,<br><br>    Plaintiff,<br><br>vs.<br><br>BUREAU OF PRISONS,<br><br>    Defendant. | Case No. CV 14-8489-ODW (RNB)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: July 10, 2015

*/s/ Otis D. Wright II*
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE